# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D17-4407

—————————————————

ADRIAN B. WYNN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

—————————————————


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

January 16, 2019

PER CURIAM.

   AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Adrian B. Wynn, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Anne Conley, Assistant Attorney General, Tallahassee, for Appellee.